No. 03–8933.  VILLA-BOJORQUEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–8935.  KUHNKE *v.* BERTRAND, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 03–8936.  KING *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 03–8938.  PINELLA *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 03–8939.  PLUMLEE ET AL. *v.* DODRILL, WARDEN.  C. A. 3d Cir.  Certiorari denied.

No. 03–8940.  MENDOZA-GUTIERREZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–8941.  MINER *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 03–8947.  WHITE *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 03–8948.  CHAPMAN *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 03–8950.  DOWDY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–8952.  DODSON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 03–8956.  BROWN *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 03–8958.  SCOTT *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–8964.  ARCEDIANO *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 03–8967.  TURINCIO *v.* UNITED STATES; and GOMEZ-GALICIA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.